In the Matter of STEPHEN I. LIPMAN, a Resigned Attorney. [56 NYS3d 479]—

Per Curiam. Stephen I. Lipman was admitted to practice by this Court in 1983, but resigned for nondisciplinary reasons by leave of this Court in 2002. He has also been admitted to practice in Massachusetts, Rhode Island and several federal courts, including the Supreme Court of the United States, and he is in good standing in each of those jurisdictions. Lipman now applies for reinstatement to practice in New York (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]; Rules of App Div, 3d Dept [22 NYCRR] § 806.22 [b]), and the Attorney Grievance Committee for the Third Judicial Department advises that it has no objection to Lipman's reinstatement.

Upon consideration of Lipman's legal experience—as demonstrated by his previous admission in New York for nearly 20 years and his admission and continuing practice in Massachusetts, among other jurisdictions, since 1966 (*cf.* Rules of Ct of Appeals [22 NYCRR] § 520.10 [a])—and having determined that he has the requisite character and fitness to practice law, we grant his application and restore his name to the roll of attorneys, effective immediately.

Garry, J.P., Rose, Mulvey, Aarons and Pritzker, JJ., concur. Ordered that Stephen I. Lipman's application for reinstatement is granted; and it is further ordered that Stephen I. Lipman's name is hereby restored to the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that Stephen I. Lipman shall, within 30 days of the date of this order, file an attorney registration statement with the Chief Administrator of the Courts pursuant to Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1.